JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-42394-R | 00012 | RICKY LEE & KELLEY ANNE RINKER | 11 | XXXXX1544 | 21.03 | 0.00 | 21.03 |
| | | Original check written to: CENTRAL FINANCIAL CONTROL P. O. BOX 66040 ANAHEIM, CA 92816-6040 | | | | | |
| 07-42394-R | 00013 | RICKY LEE & KELLEY ANNE RINKER | 10 | XXXXX7632 | 10.18 | 0.00 | 10.18 |
| | | Original check written to: CENTRAL FINANCIAL CONTROL P. O. BOX 66040 ANAHEIM, CA 92816-6040 | | | | | |
| 07-42828-R | 00037 | JEREMY RICHARD & LINDA GAIL CREED | 5 | XXXXX0670 | 71.93 | 0.00 | 71.93 |
| | | Original check written to: CENTRAL FINANCIAL CONTROL P. O. BOX 66040 ANAHEIM, CA 92816-6040 | | | | | |
| 07-42828-R | 00050 | JEREMY RICHARD & LINDA GAIL CREED | 20 | XXXXX9483 | 0.00 | 12.03 | 12.03 |
| | | Original check written to: TOWN OF LITTLE ELM C/O SAWKO & BURROUGHS, LLP 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| 07-42828-R | 00051 | JEREMY RICHARD & LINDA GAIL CREED | 21 | XXXXX9483 | 81.05 | 10.53 | 91.58 |
| | | Original check written to: LITTLE ELM ISD C/O SAWKO & BURROUGHS 1100 DALLAS DRIVE #100 DENTON, TX 76205 | | | | | |
| 07-50275-R | 00007 | JERRY & ANNIE M. DUCKETT | 14 | XXXXX0560 | 38.95 | 0.00 | 38.95 |
| | | Original check written to: ALLTELL P. O. BOX 900905 LOUISVILLE, KY 40290 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-50275-R | 00033 | JERRY & ANNIE M. DUCKETT | 15 | XXXXX6223 | 120.44 | 0.00 | 120.44 |
| | | Original check written to: ALLTEL FINANCIAL SVC  ONE ALLIED DRIVE  BUILDING 5, 3RD FLOOR  LITTLE ROCK, AR 72202 | | | | | |
| 08-40042-R | 00040 | STEVEN RAY & OK HUI GARY | 13 | XXXXX2442 | 290.46 | 0.00 | 290.46 |
| | | Original check written to: OSI COLLECTION SERVICES INC  P. O. BOX 947  BROOKFIELD, WI 53008-0947 | | | | | |
| 08-50008-R | 00016 | EARL WAYNE BURRIS, SR. & CAROLYN DENISE BURRIS | 19 | 0710 | 20.57 | 0.00 | 20.57 |
| | | Original check written to: ROUNDUP FUNDING, LLC  P. O. BOX 91121  MS 550  SEATTLE, WA 98111-9221 | | | | | |
| 08-40179-R | 00009 | LUIS G. & MARGIE L. PENA | 4 | 3324 | 50.80 | 0.00 | 50.80 |
| | | Original check written to: SPIRIT OF AMERICA NATIONAL BANK FIRST EXPRESS  P. O. BOX 856021  LOUISVILLE, KY 40285 | | | | | |
| 08-40188-R | 00006 | J. GERALD GERVAIS | 5 | 4493 | 421.70 | 0.00 | 421.70 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT  LOCK BOX 8682  P. O. BOX 75848  SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40195-R | 00082 | RICHARD A. METCALF, II & ANGELA D. METCALF | 14 | 9542 | 360.52 | 0.00 | 360.52 |
| | | Original check written to: PHH MORTGAGE CORPORATION  ATTN: CASH MANAGEMENT  2001 BISHOPS GATE BLVD, MAIL STOP SBRP  MOUNT LAUREL, NJ 08054 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40195-R | 00091 | RICHARD A. METCALF, II & ANGELA D. METCALF | | 9542 | 308.29 | 0.00 | 308.29 |
| | | Original check written to: PHH MORTGAGE CORPORATION ATTN:  CASH MANAGEMENT 2001 BISHOPS GATE BLVD, MAIL STOP SBRP MOUNT LAUREL, NJ 08054 | | | | | |
| 08-40258-R | 00011 | REGINA LUSTER POOLE | 2 | 1105 | 102.76 | 2.20 | 104.96 |
| | | Original check written to: OCWEN LOAN SERVICING P. O. BOX 24781 WEST PALM BEACH, FL 33416-4781 | | | | | |
| 08-40261-R | 00015 | FREDERICK & CARLA CANADY | 8 | 4598 | 141.09 | 0.00 | 141.09 |
| | | Original check written to: CALVALRY PORTFOLIO 7 SKYLINE DRIVE, 3RD FLOOR HAWTHORNE, NY 10532-2156 | | | | | |
| 08-40571-R | 00013 | ROBERT GUY DAVIS, JR. & KRISTAN DEE DAVIS | 3 | XXXXX9680 | 1,913.44 | 0.00 | 1,913.44 |
| | | Original check written to: MED CARE, INC. P. O. BOX 9817 MOBILE, AL 36691 | | | | | |
| 08-50052-R | 00052 | RALPH V. & DEBRA HENDRIX | 16 | 9495 | 45.01 | 0.00 | 45.01 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT LOCK BOX 8682 P. O. BOX 75848 SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40691-R | 00005 | ALBERT FISHER, JR. & PEGGY FISHER | 6 | 7425 | 250.29 | 43.80 | 294.09 |
| | | Original check written to: HSBC AUTO FINANCE P. O. BOX 60130 CITY OF INDUSTRY, CA 91716-0130 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  March 26, 2013

Check No. 2069625

Check Amount:  $38,833.21

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40691-R | 00034 | ALBERT FISHER, JR. & PEGGY FISHER | 8 | 0707 | 711.43 | 0.00 | 711.43 |
| | | Original check written to:<br>ACS<br>P. O. BOX 22724<br>LONG BEACH, CA 90801-5724 | | | | | |
| 08-41021-R | 00005 | MARY ETHELDA FORSETH | 1 | 4839 | 666.95 | 0.00 | 666.95 |
| | | Original check written to:<br>SPIRIT OF AMERICAN NATIONAL BANK/CATHERINES<br>FIRST EXPRESS<br>P. O. BOX 856044<br>LOUISVILLE, KY 40285-6044 | | | | | |
| 08-41156-R | 00020 | FREDDA KATHLENE MORGAN | 4 | XXXXX8302 | 398.97 | 0.00 | 398.97 |
| | | Original check written to:<br>AIS SERVICES, LLC<br>50 CALIFORNIA STREET<br>SUITE 1500<br>SAN FRANCISCO, CA 94111 | | | | | |
| 08-41964-R | 00002 | MAGAYE BADARA KHAN | 20 | 0001 | 564.23 | 23.52 | 587.75 |
| | | Original check written to:<br>GC SERVICES<br>P. O. BOX 5220<br>SAN ANTONIO, TX 78201 | | | | | |
| 08-42090-R | 00019 | JENNIFER JOHNSON HAGAN | | 7117 | 757.75 | 0.00 | 757.75 |
| | | Original check written to:<br>NATIONSTAR MORTGAGE LL<br>ATTENTION BANKRUPTCY<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX 75067 | | | | | |
| 08-42268-R | 00010 | DEBORAH DEE VINES | 11 | 0986 | 97.95 | 0.00 | 97.95 |
| | | Original check written to:<br>ROUNDUP FUNDING, LLC<br>P. O. BOX 91121<br>MS 550<br>SEATTLE, WA 98111-9221 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-42449-R | 00005 | JIMMIE LEE & CLARA RUTH GLOVER | 2 | XXXXX7100 | 146.41 | 117.97 | 264.38 |
| | | | | XXXXX2778 | | | |
| | | Original check written to: <br> HOA OF PRINCETON MEADOWS <br> ESSEX COMMUNITY <br> 3901 W. AIRPORT FREEWAY, SUITE 300 <br> BEDFORD, TX 76021 | | | | | |
| 08-43490-R | 00002 | JOSEPH MICHAEL & AILEEN A SPEEGLE | 16 | 8750 | 908.81 | 118.04 | 1,026.85 |
| | | Original check written to: <br> AURORA LOAN SERVICES <br> 10350 PARK MEADOWS DRIVE <br> LITTLETON, CO 80124 | | | | | |
| 08-43490-R | 00029 | JOSEPH MICHAEL & AILEEN A SPEEGLE | 7 | 7065 | 377.95 | 74.62 | 452.57 |
| | | Original check written to: <br> CLC CONSUMER SERVICES <br> ATTN: BANKRUPTCY DEPARTMENT <br> 2730 LIBERTY AVENUE <br> PITTSBURGH, PA 15222 | | | | | |
| 08-43490-R | 00031 | JOSEPH MICHAEL & AILEEN A SPEEGLE | 16 | 8750 | 526.42 | 0.00 | 526.42 |
| | | Original check written to: <br> AURORA LOAN SERVICES <br> 10350 PARK MEADOWS DRIVE <br> LITTLETON, CO 80124 | | | | | |
| 09-41318-R | 00016 | PEDRO A. & ANA M. AYALA | 5 | 4370 | 18.62 | 0.00 | 18.62 |
| | | Original check written to: <br> DEPARTMENT STORES NATIONAL BANK/MACYS <br> TSYS DEBT MGMT. INC. <br> P. O. BOX 137 <br> COLUMBUS, OH 31902-0137 | | | | | |
| 09-41371-R | 00015 | PERRY SCOTT PATRICK, SR. & KATHY JEAN PATRICK | 18 | XXXXX1281 | 199.72 | 0.00 | 199.72 |
| | | Original check written to: <br> TEXAS STATE COMPTROLLER <br> C/O OFFICE OF ATTORNEY GENERAL <br> P. O. BOX 12548 <br> AUSTIN, TX 78711-2548 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-41621-R | 00005 | WILLIAM ALBERT & ARACELI (NMN) GOECKS | 9 | XXXXX2DEN | 138.82 | 215.86 | 354.68 |
| | | Original check written to:<br>CITY OF LAKE DALLAS<br>C/O SAWKO & BURROUGHS, LLP<br>1100 DALLAS DRIVE, SUITE 100<br>DENTON, TX 76205 | | | | | |
| 09-41621-R | 00007 | WILLIAM ALBERT & ARACELI (NMN) GOECKS | 7 | XXXXX2DEN | 48.41 | 74.85 | 123.26 |
| | | Original check written to:<br>COUNTY OF DENTON<br>C/O MCCREARY VESELKA BRAGG<br>700 JEFFREY WAY, SUITE 100<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680 | | | | | |
| 09-42358-R | 00004 | IVONNE F. GUEVARA | 10 | XXXXX0000 | 486.58 | 127.95 | 614.53 |
| | | Original check written to:<br>DALLAS COUNTY<br>C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | | | | | |
| 10-40192-R | 00035 | ROBERT WILLIAM & STACEY KRISTEN STEPHENS | 15 | XXXXX1312 | 4.15 | 0.00 | 4.15 |
| | | Original check written to:<br>ECMC<br>LOCKBOX # 8682<br>P. O. BOX 75848<br>ST. PAUL, MN 55175-0848 | | | | | |
| 10-40614-R | 00062 | DONNA JEAN MERRILL | 21 | 3043 | 7.59 | 0.00 | 7.59 |
| | | Original check written to:<br>GREEN OAKS HOSPITAL<br>C/O B-LINE LLC<br>MS 550  P. O. BOX 91121<br>SEATTLE, WA 98111-9221 | | | | | |
| 10-41425-R | 00010 | ROBERT JAMES BLACKBURN, JR. & KANDY RHEA ANN BLACKBURN<br>Original check written to:<br>EMC MORTGAGE CORPORATION<br>3415 VISION DRIVE<br>OH4-7119<br>COLUMBUS, OH 43219 | | XXXXX5613<br><br>XXXXX2905 | 498.60 | 0.00 | 498.60 |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-41815-R | 00037 | LIGIA C. FRANCO | 1 | 5419 | 0.00 | 4.60 | 4.60 |
| | | Original check written to:<br>GMAC MORTGAGE<br>3451 HAMMOND AVENUE<br>WATERLOO, IA 50702-5300 | | | | | |
| 10-43907-R | 00007 | BOBBY & EVETTE WILLIAMS | 2 | 3703 | 165.98 | 0.00 | 165.98 |
| | | Original check written to:<br>CITIFINANCIAL<br>1311 MARKET PLACE DRIVE SUITE 160<br>GARLAND, TX 75041 | | | | | |
| 10-43907-R | 10007 | BOBBY & EVETTE WILLIAMS | 2 | 3703 | 522.52 | 0.00 | 522.52 |
| | | Original check written to:<br>CITIFINANCIAL<br>1311 MARKET PLACE DRIVE SUITE 160<br>GARLAND, TX 75041 | | | | | |
| 11-43788-R | 00022 | VICTOR JOHN GALANIS | 8 | 1811 | 0.00 | 268.93 | 268.93 |
| | | Original check written to:<br>JPMORGAN CHASE BANK<br>ATTN: OH4-7133<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219 | | | | | |
| 11-43788-R | 00024 | VICTOR JOHN GALANIS | | 1829 | 0.60 | 270.00 | 270.60 |
| | | Original check written to:<br>JP MORGAN CHASE BANK<br>3415 VISION DR.<br>COLUMBUS, OH 43219 | | | | | |
| 12-42286-R | 00007 | AMANDA HACKETT MORRISON | | 3501 | 16.64 | 0.00 | 16.64 |
| | | Original check written to:<br>TEXAS CAR TITLE<br>5808 HIGHWAY 78<br>SACHSE, TX 75048 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 26, 2013

Check No. 2069625

Check Amount: $38,833.21

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 12-43432-R | 00067 | JOSE I & GLORIA A RODRIGUEZ | | XXXXX4326 | 24.00 | 0.00 | 24.00 |
| | | Original check written to: REGIONS BANK P. O. BOX 11407, DRAWER 550 BIRMINGHAM, AL 35246 | | XXXXX1652 | | | |
| | | | **TOTALS** | | **$11,537.61** | **$1,364.90** | **$12,902.51** |